GEORGE R. LUNN, Appellant, v. ELMER F. ANDREWS, as Industrial Commissioner of the State of New York and on Behalf of the STATE INSURANCE FUND and Others, Defendants, and THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.—

Motion for reargument denied. Motion for leave to appeal granted. The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [See *ante*, p. 654.]